IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO BROWNING,

    *Plaintiff*,

v.     Case No.: 4:25cv305-MW/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    *Defendants*.

_____/

**ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Plaintiff's objections, ECF No. 18, and Plaintiff's declaration in support of her objections, ECF No. 19. The Magistrate Judge recommends dismissal based on Plaintiff's failure to initiate this case within 90 days of receiving her right-to-sue letter from the EEOC. As the Magistrate Judge notes, Plaintiff alleged in her complaint that the EEOC "[i]ssued a Notice of Right to Sue letter which I received on 04/16/2025." ECF No. 13 at 9.

In her objections, Plaintiff asserts she actually did not receive the letter until a few days later, due to disruptions in her housing and mail delays. But Plaintiff cannot amend the allegations in her complaint by filing objections, and her own

factual allegation states that she "received" the letter on April 16, 2025—91 days before she filed her case.

Accordingly,

**IT IS ORDERED**:

The amended report and recommendation, ECF No. 17, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** because Plaintiff did not initiate this case within 90 days of her receipt of the right-to-sue letter." The Clerk shall close the file.

**SO ORDERED on September 17, 2025.**

                                            s/Mark E. Walker  
                                            **United States District Judge**